## OSBORN *v.* JUDD and others.

(*Circuit Court, S. D. New York.* November 20, 1886.)

PATENTS FOR INVENTIONS — INFRINGEMENT — PRELIMINARY INJUNCTIONS—BAN-
NER ROD.
    A preliminary injunction will not be granted to restrain the infringement
    of a "design for a banner rod, consisting of a conventional imitation of a
    straight twig with the bark, and slantingly cut ends;" the section which re-
    lates to design patents demanding, it may be supposed, the exercise of more
    genius than is exhibited by it.

Motion for a Preliminary Injunction against the infringement of a
design patent.    Denied.

*Joshua Pusey,* for complainant.

*Briesen & Steele,* for defendants.

SHIPMAN, J. This is a motion for a preliminary injunction against
the infringement of a design patent.    The design is sufficiently stated
in the claim, which is as follows: "The design for a banner rod.
herein shown and described, the same consisting of a conventional
imitation of a straight twig with the bark on, and slantingly cut
ends."

I have great doubt whether there is anything which shows genius,
or which indicates the work of an inventive mind, and therefore
whether there is anything patentable in merely making a banner rod
to imitate measurably a straight twig with the bark on.    This natural
and simple design for a banner rod would, I think, readily suggest
itself to the upholsterer.    There is so much reason to suppose that
the section which relates to design patents demands the exercise of
more genius than is exhibited in the patented design that the motion
should be denied.